## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| REBECCA CORBINE, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| vs. | ) | CIVIL NO. 09-cv-166-GPM |
| J. C. ZUERCHER, et al., | ) | |
| Respondents. | ) | |

# ORDER

**MURPHY, District Judge:**

Petitioner filed an action pursuant to 28 U.S.C. § 2241 in the United States District Court for the Central District of Illinois which transferred the matter to this Court. Respondents have been served and filed responses.

**IT IS HEREBY ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is under a continuing obligation to keep the Clerk and each opposing party informed of any change in his whereabouts. This shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs.

**IT IS SO ORDERED**.

**DATED:** 3/6/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge