**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| REBECCA CORBINE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 09-cv-166-PMF |
| | ) | |
| WILLIAM A. SHERROD, | ) | |
| | ) | |
| Respondent. | ) | |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**FRAZIER, Magistrate Judge:**

This action has been resolved by motion;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice,

without costs.

DATED: <u>June 11, 2009</u> .

*<u>JUSTINE FLANAGAN, ACTING CLERK</u>*

*<u>By:  s/ Brenda K. Lowe, Deputy Clerk</u>*

APPROVED: *<u>s/Philip M. Frazier</u>*
             **UNITED STATES MAGISTRATE JUDGE**